UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 5:08-90-KKC-HAI |
| Plaintiff, | |
| V. | OPINION AND ORDER |
| JOHN C. JOHNSON, | |
| Defendant. | |

*** *** ***

This matter is before the Court on Defendant's motion for a reduced sentence. On November 13, 2008, Defendant John C. Johnson was sentenced to 360 months imprisonment and supervised release for the remainder of his life following his release from prison. (DE 19.) On May 4, 2020, Defendant filed a motion requesting that the Court reduce his sentence by 10 years. (DE 49 at 1.) Although Defendant makes no reference to any legal standards or procedural devices, he does discuss his concerns about the disease caused by the novel coronavirus, COVID-19. (DE 49 at 1-2.)

18 U.S.C. § 3582(c)(1)(A) allows a court, upon a proper motion, to modify a term of imprisonment and grant what is commonly referred to as "compassionate release." Prior to the First Step Act, PL 115-391, 132 Stat 5194 (Dec. 21, 2018), a motion for compassionate release could only be brought by the director of the Bureau of Prisons, not the defendant. *See* 18 U.S.C. § 3582(c)(1)(A) (2017). The First Step Act amended § 3582(c)(1)(A) to allow a defendant to file a motion for such relief on his own, but only if he has first "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf" or if 30 days have lapsed since the warden of the defendant's facility

received the defendant's request to file a motion on his behalf, whichever is earlier. 18 U.S.C. § 3582(c)(1)(A); PL 115-391, 132 Stat 5194 § 603 (Dec. 21, 2018). Defendant makes no mention of having served a request on the warden of his facility to file a motion on his behalf, or of having fully exhausted all administrative rights to appeal a failure of the BOP to bring a motion on his behalf.

Accordingly, Defendant's motion for a reduced sentence (DE 49) is DENIED.

Dated May 5, 2020

*[signature]*

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY